# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2013

147422 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ARTHUR LEONARD MACKEY, III,
        Plaintiff-Appellant,

v

ALESSANDRA BENAVIDES,
        Defendant,
and

FABIAN BENAVIDES and JUDY BENAVIDES,
        Intervenors-Appellees.

SC: 147422
COA: 317146
Eaton CC: 09-000290-DP

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2013



Clerk

t0723